UNITED STATE S BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
**X THIRD Amended Plan** (indicate 1st, 2nd, etc. amended, if applicable)
☐ _______ Modified Plan (indicate 1st, 2nd, etc. amended, if applicable)
CASE NO: **15-28662-BKC-RAM**

DEBTOR: **Nadja N Vital**
SS#: xxx-xx-0543

JOINT DEBTOR:
SS# xxx-xx-xxxx

**MONTHLY PLAN PAYMENT**: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan

A. **$ 270.00 for months 1 to 8;**
B. **$ 302.86 for months 9 to 60;** In order to pay the following creditors:

Administrative: Attorney's Fee$3,500.00
Total Fees: $3,500.00
Attorney's Fee Paid $1,405.00
Balance Due $2,095.00 **Payable $261.88/month (Months 1 to 8)**

Secured Creditors:[Retain Liens Pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property

**___ IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payment | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11U.S.C §507]

Unsecured Creditors: **Pay $8.12/month (Months 1 to 8)**
**Pay $272.57/month (Months 9 to 60)**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. Lexus Financial Services, (2013 Lexus ES 350), Acct #.....0001 will be treated directly, outside the chapter 13 plan.
2. Roundpoint Mtg (6601 SW 6th Street), Acct #.....31451 will be treated directly, outside the chapter 13 plan.
3. Claim of Pablo Perez-Allende [# 32] will be treated directly, outside the chapter 13 plan.
4. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

_________/s/_____________
Nadja N Vital
Dated: 5/10/16